UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:09-Cr-42

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | ORDER |
| | ) | VACATING |
| v. | ) | BENCH |
| | ) | WARRANT |
| DANIEL STILL, JR., | ) | |
| Defendant | ) | |

THE COURT *sua sponte* hereby vacates the Bench Warrant issued in open court on August 25, 2010.

IT IS SO ORDERED.

Signed: August 27, 2010

Frank D. Whitney
United States District Judge