IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cr-00042-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>            )<br>vs. )<br>            )<br>DANIEL STILL, JR., )<br>            Defendant, )<br>            )<br>and )<br>            )<br>BLYTHE DEVELOPMENT COMPANY, )<br>            Garnishee. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Government's motion for dismissal of the Order of Continuing Garnishment (Doc. No. 46), and for the reasons stated therein and for good cause shown, the Government's motion is **GRANTED**, and the Order of Continuing Garnishment (Doc. No. 44) is **DISMISSED**.

**SO ORDERED**.

Signed: June 6, 2024

Susan C. Rodriguez
United States Magistrate Judge